# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| **v.** : | Case No. DKC-10-528 |
| : | |
| **GEORGE SELL,** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT

On December 29, 2023, Mr. Sell filed an Emergency Motion for Compassionate Release. (ECF No. 102 *SEALED*.) That same day, the Court conducted a telephonic status conference with respect to the Motion. Unfortunately, the United States Marshals Service has confirmed that on January 12, 2024, Mr. Sell passed away in Youngstown, Ohio.

Respectfully submitted,
/s/
_____
John M. McKenna
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland via ECF.

/s/

_____

John M. McKenna